IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 1:19-cv-02650-MEH

BENJAMIN HEAD,

    Plaintiff,

v.

FRONTIER AIRLINES, INC.,

    Defendant.

## ENTRY OF APPEARANCE

Please take notice that Stephen E. Baumann II of Littler Mendelson, P.C. hereby enters his appearance on behalf of Defendant Frontier Airlines, Inc. Mr. Baumann certifies that he is a member in good standing of the bar of this Court.

Dated this 11th day of October, 2019

                              Respectfully submitted,

                              *s/ Stephen E. Baumann II*
                              Stephen E. Baumann II
                              Littler Mendelson, P.C.
                              1900 Sixteenth Street, Suite 800
                              Denver, CO  80202
                              Telephone: 303.629.6200
                              Facsimile:  303.629.0200
                              Email:  sbaumann@littler.com

                              ***Attorney for Defendant***
                              ***Frontier Airlines, Inc.***

## CERTIFICATE OF SERVICE

I hereby certify that on the 11th day of October, 2019, I electronically filed the foregoing **ENTRY OF APPEARANCE** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

Barry D. Roseman, Esq.
Roseman Law Offices, LLC
1120 Lincoln Street, Suite 1306
Denver, CO  80203
barry@rosemanlegal.com
*Attorney for Plaintiff*

                                            *s/ Valerie Gremillion*
                                            Valerie Gremillion