IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 1:19-cv-02650-MEH

BENJAMIN HEAD,

    Plaintiff,

v.

FRONTIER AIRLINES, INC.

    Defendant.

**ENTRY OF APPEARANCE**

Please take notice that Erin A. Webber, of the law firm Littler Mendelson, P.C., enters her appearance on behalf of Defendant Frontier Airlines, Inc. Ms. Webber certifies that she is a member in good standing of the bar of this Court.

Dated this 11th day of October, 2019

    Respectfully submitted,

*s/ Erin A. Webber*
Erin A. Webber
Littler Mendelson, P.C.
1900 Sixteenth Street, Suite 800
Denver, CO  80202
Telephone: 303.629.6200
Facsimile:  303.629.0200
ewebber@littler.com
*Attorney for Defendant Frontier Airlines, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on the 11th day of October, 2019, I electronically filed the foregoing **ENTRY OF APPEARANCE** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

Barry D. Roseman, Esq.
Roseman Law Offices, LLC
1120 Lincoln Street, Suite 1306
Denver, CO  80203
barry@rosemanlegal.com
*Attorney for Plaintiff*

                                              *s/ Valerie Gremillion*
                                              Valerie Gremillion

4815-6912-0681.1 057446.1024