IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 1:19-cv-02650-MEH

BENJAMIN HEAD,

    Plaintiff,

v.

FRONTIER AIRLINES, INC.

    Defendant.

## ENTRY OF APPEARANCE

Please take notice that Margaret Parnell Hogan, of the law firm Littler Mendelson, P.C., enters her appearance on behalf of Defendant Frontier Airlines, Inc. Ms. Hogan certifies that she is a member in good standing of the bar of this Court.

Dated this 15th day of November, 2019

    Respectfully submitted,

*s/ Margaret Parnell Hogan*
Margaret Parnell Hogan
Littler Mendelson, P.C.
1900 Sixteenth Street, Suite 800
Denver, CO  80202
Telephone: 303.629.6200
Facsimile:  303.629.0200
mphogan@littler.com
*Attorney for Defendant Frontier Airlines, Inc.*

2

## CERTIFICATE OF SERVICE

I hereby certify that on the 15th day of November, 2019, I electronically filed the foregoing **ENTRY OF APPEARANCE** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

Barry D. Roseman, Esq.
Roseman Law Offices, LLC
1120 Lincoln Street, Suite 1306
Denver, CO  80203
barry@rosemanlegal.com
*Attorney for Plaintiff*

        *s/ Valerie Gremillion*
        Valerie Gremillion

4835-3274-4621.1 057446.1024

2