IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Michael E. Hegarty**

| | |
|---|---|
| Civil Action No: 19-cv-2650-MEH | Date: November 15, 2019 |
| Courtroom Deputy: Amanda Montoya | FTR:   Courtroom A 501 |

*Parties:*                                                                 *Counsel:*

BENJAMIN HEAD,                                               Barry Roseman

    Plaintiff,

v.

FRONTIER AIRLINES, INC.,                                Margaret Hogan

    Defendant.

**COURTROOM MINUTES/MINUTE ORDER**
**SCHEDULING CONFERENCE**

**Court in session:**     1:47 p.m.

Court calls case.   Appearances of counsel.

THE FOLLOWING WILL CONFIRM THE ACTIONS TAKEN AND DATES SET AT THE SCHEDULING CONFERENCE HELD THIS DATE:

**Discovery Deadline:** May 15, 2020

**Dispositive Motion Deadline:** June 15, 2020

**Final Pretrial Conference:**   **August 17, 2020 at 10:15 a.m.** before U.S. Magistrate Judge Michael E. Hegarty in Courtroom A 501, Arraj Courthouse. In addition to filing a PDF copy with the Clerk of the Court, counsel should **e-mail** the proposed Final Pretrial Order in **Word or WordPerfect format** to Magistrate Judge Hegarty's chamber's email account at Hegarty_Chambers@cod.uscourts.gov **one week prior to the conference.**

**Court in recess:**     1:52 p.m.       (Hearing concluded)
**Total time in Court: 0:05**

*To obtain a transcript of this proceeding, please contact Patterson Transcription Company at (303) 755-4536 **or** AB Court Reporting & Video, Inc. at (303) 629-8534.