**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Case No. 19-cv-02650-MEH

BENJAMIN HEAD,

    Plaintiffs,

v.

FRONTIER AIRLINES, INC.,

    Defendant.

---

**ENTRY OF APPEARANCE OF CAROLYN B. THEIS**

---

Please take notice that Carolyn B. Theis, of the law firm Littler Mendelson, P.C., enters her appearance on behalf of Defendant Frontier Airlines, Inc. Ms. Theis certifies that she is a member in good standing of the bar of this Court.

Respectfully submitted this 12th day of December, 2019.

                                      *s/ Carolyn B. Theis*
                                      Carolyn B. Theis
                                      Littler Mendelson, P.C.
                                      1900 Sixteenth Street, Suite 800
                                      Denver, CO  80202
                                      Telephone: 303.629.6200
                                      Facsimile: 303.629.0200
                                      Email: catheis@littler.com

                                      *Attorney for Defendant Frontier Airlines, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on the 12th day of December, 2019, I electronically filed the foregoing **ENTRY OF APPEARANCE OF CAROLYN B. THEIS** using the CM/ECF system, which will send notification of such filing to the following:

Barry D. Roseman, Esq.
Roseman Law Offices, LLC
1120 Lincoln Street, Suite 1306
Denver, CO 80203
Phone: 720-917-1300
Fax: 303-861-9214
barry@rosemanlegal.com

*Attorney for Plaintiff*

                                                  *s/Joanna Fox*
                                                  Joanna Fox

4825-2242-6030.1 057446.1024