**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Case No. 19-cv-02650-MEH

BENJAMIN HEAD,

    Plaintiffs,

v.

FRONTIER AIRLINES, INC.,

    Defendant.

---

**DEFENDANT'S UNOPPOSED MOTION FOR MUTUAL EXTENSIONS OF TIME TO RESPOND TO INITIAL DISCOVERY**

---

    Pursuant to D.C. COLO. L. CIV. R. 6.1(c), Defendant Frontier Airlines, Inc. ("Frontier"), by and through its attorneys, Erin A. Webber and Carolyn B. Theis of the law firm Littler Mendelson, P.C., respectfully requests a mutual two-week extension of time up to and including December 30, 2019, for Frontier to serve objections and responses to Plaintiff's First Set of Discovery and for Plaintiff to serve objections and responses to Frontier's First Set of Discovery.

    1.    On November 15, 2019, Frontier served its First Set of Discovery, including requests for admissions, interrogatories, and requests for production of documents, on Plaintiff. That same day, Plaintiff served his First Set of Discovery, including requests for admissions, interrogatories, and requests for production of documents, on Frontier.

    2.    Therefore, without the relief sought in this Motion, both Plaintiff's deadline to serve objections and responses to Frontier's First Set of Discovery and Frontier's deadline to serve objections and responses to Plaintiff's First Set of Discovery is December 16, 2019.

3. Frontier requests a mutual two-week extension of time such that both parties have up to and including December 30, 2019 to serve objections and responses to each other's First Set of Discovery, including the requests for admissions contained therein.

4. Frontier has good cause for a two-week extension of time to respond to Plaintiff's First Set of Discovery in that one of the original attorneys representing Frontier in this case, Stephen Baumann, began a parental leave of absence three weeks earlier than originally anticipated. As a result, the new attorney assigned to this matter, Carolyn B. Theis, needs additional time within which to review the pleadings and conduct the reasonable investigation necessary to respond to Plaintiff's First Set of Discovery.

5. Pursuant to D.C. COLO. L. CIV. R. 7.1(a), Frontier's counsel, Erin A. Webber, conferred with Barry Roseman, Plaintiff's counsel, regarding the relief sought in this Motion and is authorized to represent to the Court that Plaintiff has no objection to this Motion and the requested mutual two-week extension of time to respond to discovery.

6. The brief extensions of time sought in this Motion will not prejudice any party and will not result in undue delay. The deadline to conclude discovery in this case is May 15, 2020 and will not be impacted by extensions sought.

7. This is Frontier's first request for an extension of time to respond to Plaintiff's First Set of Discovery.

8. As required by D.C.Colo.LCivR 6.1(c), counsel for Frontier certifies that a copy of this Motion is being served on Frontier.

WHEREFORE, Defendant Frontier Airlines, Inc. respectfully requests that the Court enter an Order granting the parties a mutual two-week extension of time to object and respond to

discovery, including requests for admission, such that both Frontier's objections and responses to Plaintiff's First Set of Discovery and Plaintiff's objections and responses to Frontier's First Set of Discovery are due no later than **December 30, 2019.**

Respectfully submitted this 12th day of December, 2019.

*s/Erin A. Webber*
Erin A. Webber
Margaret P. Hogan
Stephen E. Baumann II
Carolyn B. Theis
Littler Mendelson, P.C.
1900 Sixteenth Street, Suite 800
Denver, Colorado 80202
Telephone: 303-629-6200
Facsimile: 303-629-0200
Email:  ewebber@littler.com
        mphogan@littler.com
        sbaumann@littler.com
        catheis@littler.com


ATTORNEYS FOR DEFENDANT
FRONTIER AIRLINES, INC.

## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of December, 2019, a true and correct copy of **DEFENDANT'S UNOPPOSED MOTION FOR MUTUAL EXTENSIONS OF TIME TO RESPOND TO DISCOVERY** was electronically filed and served via CM/ECF on the following:

Barry D. Roseman, Esq.
Roseman Law Offices, LLC
1120 Lincoln Street, Suite 1306
Denver, CO 80203
Phone: 720-917-1300
Fax: 303-861-9214
barry@rosemanlegal.com

*Attorney for Plaintiff*

          *s/Joanna Fox*
          Joanna Fox