IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-02650-MEH

BENJAMIN HEAD,

    Plaintiff,

v.

FRONTIER AIRLINES, INC.,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on December 13, 2019.**

    For good cause shown, Defendant's Unopposed Motion for Mutual Extensions of Time to Respond to Initial Discovery [filed December 12, 2019; ECF 18] is **granted**. The parties shall serve responses to each party's first set of discovery on or before December 30, 2019.