IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 19-cv-02650-MEH

BENJAMIN HEAD,

    Plaintiff,

v.

FRONTIER AIRLINES, INC.,

    Defendant.

## PLAINTIFF'S UNOPPOSED MOTION FOR ENTRY OF STIPULATED PROTECTIVE ORDER

**COMES NOW** the Plaintiff, by and through his attorneys, the Roseman Law Offices, LLC, and, pursuant to Fed. R. Civ. P. 26(c), respectfully moves that this Court enter the proposed Protective Order, which has been approved by all of the parties in this case.

Respectfully submitted,

ROSEMAN LAW OFFICES, LLC

s/ Barry D. Roseman
BARRY D. ROSEMAN
1120 Lincoln Street, Suite 1306
Denver, CO 80203
Telephone: (720) 917-1300
FAX: (303) 861-9214
E-mail: Barry@RosemanLegal.com

Attorney for Plaintiff

-2-

## CERTIFICATE OF SERVICE

   The undersigned hereby certifies that, on the seventh day of January, 2020, a true and correct copy of the above and foregoing Plaintiff's Unopposed Motion for Entry of Stipulated Protective Order was sent via CM/ECF electronic filing, addressed to the following party:

Erin A. Webber, Esq.
Stephen E. Baumann II, Esq.
LITTLER MENDELSON, P.C.
1900 Sixteenth Street, Suite 800
Denver, Colorado 80202

                /s/ Barry D. Roseman_____
                Barry D. Roseman