IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-02650-MEH

BENJAMIN HEAD,

      Plaintiff,

v.

FRONTIER AIRLINES, INC.,

      Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on January 8, 2020.**

      Plaintiff's Unopposed Motion for Entry of Stipulated Protective Order [filed January 7, 2020; ECF 20] is **denied without prejudice** for the Plaintiff's failure to explain why it is necessary (or, preferable) that paragraph 14 appear in bold typeface.  *See* Proposed Ord., ECF 20-1.

      If the parties choose to re-file the motion, they shall provide an editable copy of the proposed protective order to the Court by email at hegarty_chambers@cod.uscourts.gov.