**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Case No.  19-cv-02650-MEH

BENJAMIN HEAD,

    Plaintiff,

v.

FRONTIER AIRLINES, INC.,

    Defendant.

---

**PLAINTIFF'S RENEWED, UNOPPOSED MOTION FOR ENTRY OF STIPULATED PROTECTIVE ORDER**

---

**COMES NOW** the Plaintiff, by and through his attorneys, the Roseman Law Offices, LLC, and, pursuant to Fed. R. Civ. P. 26(c), respectfully moves that this Court enter the proposed Protective Order, which has been approved by all of the parties in this case.

**AND FOR CAUSE,** Plaintiff shows unto the Court:

1.    The parties have begun discovery in this case, in which Plaintiff alleged that Defendant interfered with his rights under the Family and Medical Leave Act ("FMLA") and that Defendant retaliated against Plaintiff because he exercised his FMLA rights.

2.    Plaintiff's FMLA claims are based on the time Plaintiff needed to take off from work in 2018 due to his own serious health condition, and on the time he needed to take off from work in order to help care for each of his parents due to their serious health conditions.

3.    In discovery in this case, Defendant has requested that Plaintiff produce copies of his and of his parents' medical records.  Those medical records are confidential.  Plaintiff is willing to obtain his own medical records, and to request that a sister, who received a power of attorney from each of their parents, obtain his parents' medical records.  However, Plaintiff wishes this

Court to enter a protective order, limiting Defendant's use and disclosure of any of those medical records so that it can be used only for purposes of this lawsuit.

**4.**     Defendant has also requested copies of Plaintiff's tax and other financial records in discovery in this case.  Plaintiff is willing to produce copies of those confidential tax and financial to Defendant, but wishes this Court to enter a protective order, limiting Defendant's use and disclosure of that information so that it can be used only for purposes of this lawsuit.

**5.**     Plaintiff has requested that Defendant provide him information about Defendant's investigation of, letters to, meetings with and employment decisions, during the same time frame as Defendant's termination of Plaintiff's employment, concerning other employees who were also alleged to have accumulated an excessive number of absences from work.  Defendant has objected on several grounds, including that this information, about other employees, is confidential. Plaintiff wishes this Court to enter a protective order, so that, if Defendant agrees to provide this information or if this Court orders Defendant to provide it, that information can be used only for purposes of this lawsuit.

**6.**     Either or both of the parties may be seeking other confidential information in discovery in the future.  Plaintiff wishes this Court to enter a protective order in order to protect the confidentiality of that information.

**7.**     Defendant is not opposed to this Motion for Protective Order.

**WHEREFORE,** Plaintiff moves that this Court enter the proposed Protective Order, which has been approved by all of the parties in this case.

-3-

Respectfully submitted,

ROSEMAN LAW OFFICES, LLC

s/ Barry D. Roseman
BARRY D. ROSEMAN
1120 Lincoln Street, Suite 1306
Denver, CO 80203
Telephone: (720) 917-1300
FAX: (303) 861-9214
E-mail: Barry@RosemanLegal.com

Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on the eleventh day of January, 2020, a true and correct copy of the above and foregoing Plaintiff's Renewed, Unopposed Motion for Entry of Stipulated Protective Order was sent via CM/ECF electronic filing, addressed to the following party:

Erin A. Webber, Esq.
Stephen E. Baumann II, Esq.
LITTLER MENDELSON, P.C.
1900 Sixteenth Street, Suite 800
Denver, Colorado 80202

/s/ Barry D. Roseman
Barry D. Roseman