IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-02650-MEH

BENJAMIN HEAD,

    Plaintiff,

v.

FRONTIER AIRLINES, INC.,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on January 13, 2020.**

    For good cause shown, Plaintiff's Renewed Unopposed Motion for Entry of Stipulated Protective Order [filed January 11, 2020; ECF 22] is **granted**. The proposed Stipulated Protective Order is accepted and issued contemporaneously with this minute order.