IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-02650-MEH

BENJAMIN HEAD,

    Plaintiff,

v.

FRONTIER AIRLINES, INC.,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on February 14, 2020.**

At the request of the parties, the Court will hold a Discovery Conference on Tuesday, **February 25, 2020 at 1:30 p.m.** in Courtroom A-501, on the fifth floor of the Alfred A. Arraj United States Courthouse located at 901 19th Street, Denver, Colorado.

Counsel for the parties shall appear in person unless otherwise permitted to appear by telephone on a showing of good cause.

The parties shall submit any information/documents they believe may be helpful to the resolution of the issue(s) on or before February 24, 2020 at noon to hegarty_chambers@cod.uscourts.gov.