IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Michael E. Hegarty**

| | | | |
|---|---|---|---|
| Civil Action No: | 19-cv-2650-MEH | Date: | February 25, 2020 |
| Courtroom Deputy: | Christopher Thompson | FTR: | Courtroom A 501 |

*Parties:*                                              *Counsel:*

BENJAMIN HEAD,                         Barry Roseman

    Plaintiff,

v.

FRONTIER AIRLINES, INC.,                Erin Webber
                                                       Carolyn Theis

    Defendant.

**COURTROOM MINUTES**
**DISCOVERY CONFERENCE**

**Court in session:**      2:02 p.m.

Court calls case. Appearances of counsel. Parties meet and discuss discovery disputes with the Court's rulings made on the record.

**ORDERED:**     The deposition in question is granted to proceed with the Court's instructions as stated on the record.

                     Plaintiff's oral request to extend the remaining discovery deadlines is **GRANTED** and all deadlines are extended **30 days**.

                     The final pretrial conference is vacated and reset for **Monday, September 21, 2020, at 10:15 a.m.**

**Court in recess:**      2:13 p.m.      Hearing concluded.
Total in-court time:     0:11

*To obtain a transcript of this proceeding, please contact Patterson Transcription Company at (303) 755-4536 **or** AB Litigation Services at (303) 629-8534.