## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:19-cv-02650-MEH

BENJAMIN HEAD,     Plaintiff,

**v.**

FRONTIER AIRLINES, INC., a Colorado corporation,     Defendant.

___

### PLAINTIFF'S UNOPPOSED MOTION
### TO RESCHEDULE PRETRIAL CONFERENCE AND
### FOR 90-DAY EXTENSION OF DEADLINES

___

**COMES NOW** the Plaintiff, by and through his attorneys, the Roseman Law Offices, LLC, and respectfully moves that this Court reschedule the Pretrial Conference in this case, which is now scheduled to be held on September 21, 2020, and extend the remaining discovery deadlines and the deadline for filing dispositive motions by an additional ninety (90) days.

**AND FOR CAUSE,** Plaintiff shows unto the Court:

1.    On November 18, 2019, this Court approved a Scheduling Order (ECF 16) that set a discovery cut-off date of May 15, 2020; set a deadline of June 14, 2020 for any potentially dispositive motions; and set the Pretrial Conference for August 17, 2020.

2.    At a discovery conference on February 25, 2020, counsel for Plaintiff orally moved to reschedule the Pretrial Conference and to extend the discovery and dispositive-motion deadlines in this case by thirty (30) days. Plaintiff's undersigned attorney made that motion because his fiancée and life partner had open-heart surgery on January 31, 2020, as a result of which Plaintiff's counsel had not done any work in his office for several weeks prior to February 25, 2020. Defendant did not oppose that oral motion.

**3.**     On February 25, 2020, this Court granted Plaintiff's unopposed motion (ECF 26). It rescheduled the Pretrial Conference to September 21, 2020, and extended the remaining deadlines in this case by thirty (30) days.

**4.**     Since then, both the City and County of Denver and the State of Colorado have issued Stay at Home Orders due to the COVID-19 pandemic. In addition, the Chief Judge of this District issued General Order 2020-3, which, among other things, continues all civil and criminal trials in this Court that were scheduled to commence between March 27, 2020 and May 1, 2020.

**5.**     Plaintiff's undersigned attorney has particularized concerns about engaging in any social or business activity outside his home, from which he is working remotely, including participating in any in-person depositions in this case, for the foreseeable future. Both Plaintiff's undersigned attorney and his fiancée are over seventy years of age; his fiancée is nearly eighty years old. Both have underlying heart conditions that put them at particular risk of infection. At this point, no one knows how long the current stay-at-home restrictions will remain in effect and, in particular, when the Centers for Disease Control and Prevention will recommend that persons in the position of Plaintiffs' undersigned attorney can engage in social or business activities away from home.

**6.**     For these reasons, Plaintiff requests that this Court reschedule the Pretrial Conference and extend the remaining discovery deadlines and the deadline for filing dispositive motions by an additional ninety (90) days. Plaintiff is requesting a 90-day extension of time because of the uncertainty as to when the current restrictions will end, specifically for people such as Plaintiff's undersigned attorney and his fiancée.

**7.**     Plaintiff's undersigned attorney hereby certifies that he conferred with opposing counsel about this Motion before filing it. Specifically, on March 24, 2020, he asked opposing

-3-

counsel whether Defendant would oppose this Motion. On March 24, 2020, counsel for Defendant informed Plaintiff's undersigned attorney that Defendant does not oppose this Motion.

8. Plaintiff has made one previous motion to reschedule the Pretrial Conference and to extend the remaining deadlines in this case. Defendant would not be prejudiced by an order granting this Unopposed Motion.

**WHEREFORE,** Plaintiff moves that this Court reschedule the Pretrial Conference in this case, which is not scheduled to be held on September 21, 2020, and extend the remaining discovery deadlines and the deadline for filing dispositive motions by an additional ninety (90) days.

Respectfully submitted,

ROSEMAN LAW OFFICES, LLC

s/ Barry D. Roseman
BARRY D. ROSEMAN
1120 Lincoln Street, Suite 1306
Denver, CO 80203
Telephone: (720) 917-1300
FAX: (303) 861-9214
E-mail: Barry@RosemanLegal.com

Attorneys for Plaintiff

-4-

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that, on the thirtieth day of March, 2020, a true and correct copy of the above and foregoing Plaintiff's Unopposed Motion to Reschedule Pretrial Conference and for 90-Day Extension of Deadlines was sent via CM/ECF electronic filing, addressed to the following party:

Erin A. Webber, Esq.
Margaret P. Hogan, Esq.
Stephen E. Baumann II, Esq.
Carolyn B. Theis, Esq.
LITTLER MENDELSON, P.C.
1900 Sixteenth Street, Suite 800
Denver, Colorado 80202

/s/ Barry D. Roseman
Barry D. Roseman