IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No.  19-cv-02650-MEH

BENJAMIN HEAD,

    Plaintiff,

v.

FRONTIER AIRLINES, INC.,

    Defendant.

## STIPULATION TO DISMISS WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Benjamin Head and Defendant Frontier Airlines, Inc., by and through their respective undersigned counsel, stipulate to dismiss this entire action with prejudice.  Each party will bear his/its own costs and attorneys' fees.

Respectfully submitted this 26th day of June, 2020.

| | |
|---|---|
| *s/Barry D. Roseman* | *s/Stephen E. Baumann II* |
| Barry D. Roseman | Erin A. Webber |
| Roseman Law Offices, LLC | Stephen E. Baumann II |
| 1120 Lincoln Street, Suite 1306 | Carolyn A. Theis |
| Denver, CO 80203 | Littler Mendelson, P.C. |
| Telephone: 720.917.1300 | 1900 Sixteenth Street, Suite 800 |
| Fax: 303.861.9214 | Denver, CO 80202 |
| Email: barry@rosemanlegal.com | Telephone: 303.629.6200 |
| | Fax: 303.629.0200 |
| | Email: ewebber@littler.com; |
| | sbaumann@littler.com; catheis@littler.com |
| | |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |
| *Benjamin Head* | *Frontier Airlines, Inc.* |