IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Michael E. Hegarty**

Civil Action No. 19-cv-02650-MEH

BENJAMIN HEAD,

    Plaintiff,

v.

FRONTIER AIRLINES, INC.,

    Defendant.

---

## ORDER CLOSING CASE
---

    Before the Court is a Stipulation to Dismiss With Prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) [filed June 26, 2020; ECF 29].  Pursuant to the stipulation, this case is voluntarily **DISMISSED WITH PREJUDICE**, with each party to bear his or its own fees and costs. The Clerk of the Court is directed to close this case.

    Dated and entered at Denver, Colorado this 29th day of June, 2020.

                                      BY THE COURT:

                                      *Michael E. Hegarty*

                                      Michael E. Hegarty
                                      United States Magistrate Judge